**MDL 1570**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2003

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re September 11, 2001 Terrorist Attacks Litigation | MDL No. 1570 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Panel Rule 5.3, the undersigned counsel of record for Arab Bank Plc hereby certifies that (i) Arab Bank Plc has no parent company and (ii) no publicly-held company owns more than 10% of Arab Bank Plc stock.

Respectfully submitted,

By: _____
Richard T. Marooney, Jr.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Counsel for Defendant Arab Bank Plc*

August 26, 2003

**OFFICIAL FILE COPY**  IMAGED AUG 28 '03

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2003

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2003, a true and correct copy of Arab Bank Plc's Corporate Disclosure Statement was sent by first class mail to all parties identified on the service list attached hereto.

_Deborah S. Burstein_ (signature)

Deborah S. Burstein

2003 AUG 27 A 11: 19
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE

# SERVICE LIST[1]

*Burnett, et al. v. Al Baraka inv. and Dev. Corp., et al.*, U.S. District Court for the District of Columbia, 1:02CV1616 (Judge James Robertson)

**Plaintiff's Counsel**

Ronald L. Motely, Esq.
Joseph F. Rice, Esq.
Jodi Westbrook Flowers, Esq.
Donald Migliori, Esq.
Michael Elsner, Esq.
Anne McGinness Kearse, Esq.
Elizabeth Smith, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, SC 29465

Allan Gerson, Esq.
ATTORNEY AT LAW
4221 Lenore Lane
Washington, DC 20008

Harry Huge, Esq.
ATTORNEY AT LAW
Market Street North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004

John D'Amato, Esq.
Guy Molinari, Esq.
RUSSO, SCARNARDELLA & D'AMATO, P.C.
1010 Forest Avenue
Staten Island, NY 10310

William N. Riley, Esq.
R. Douglas Hailey, Esq.
Mark K. Dudley, Esq.
Amy Ficklin DeBrota, Esq.
Mary Beth Ramey, Esq.
ATTORNEYS AT LAW
3815 River Crossing Parkway, Suite 340
Indianapolis, Indiana 46240

Jack Cordray, Esq.
CORDRAY LAW FIRM
50 Calhoun Street
Charleston, SC 29401

Paul J. Hanly, Jr., Esq.
HANLY & CONROY, LLP
415 Madison Avenue
New York, NY 10017-1111

Thomas E. Mellon, Jr., Esq.
John A. Corr, Esq.
Stephen A. Corr, Esq.
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901

Don Howarth, Esq.
Suzelle M. Smith, Esq.
Robert D. Brain, Esq.
HOWARTH & SMITH
800 Wilshire Boulevard, Suite 750
Los Angeles, CA 90017

Samuel L. Davis, Esq.
DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, NJ 07888

Sanford Rubenstein, Esq.
RUBENSTEIN AND RYNECKI
16 Court Street
Brooklyn, NY 11241

Michael N. Block, Esq.
SULLIVAN, PAPAIN, BLOCK, MCGRATH & CANNAVO, P.C.
120 Broadway Avenue, 18th Floor
New York, NY 10271

---

[1] Arab Bank Plc has served, by and through their respective counsel, all plaintiffs and defendants that were served by Defendant SBG in its Motion for MDL Transfer and Consolidation.

Vincent F. Pitta, Esq.
Milton Mollen, Esq.
HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York City, NY  10016

Robert Conason, Esq.
GAIR, GAIR, CONASON, STEIGMAN &
MACKAUF
80 Pine Street
New York, NY  10005

J.D. Lee, Esq.
LEE, LEE & LEE
422 S. Gay Street
Knoxville, TN  37902

Garry O. Galiher, Esq.
GAILHER, DEROBERTIES,
NAKAMURA, ONO & TAKITANI
610 Ward Avenue, Suite 200
Honolulu, Hawaii  96814

Anthony M. Sellitto, Jr., Esq.
OLIVER & SELLITTO
205 Bond Street
Asbury Park, NJ  07712

Kenneth Sacks, Esq.
SACKS AND SACKS, LLP
150 Broadway, 4th Floor
New York, NY  10038

Clare Spoule, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY  10177-1211

George P. Blakely, Esq.
Notre Dame Law School
One Notre Dame Circle
Notre Dame, IN  46556

Edward D. Robertson, Esq.
Mary D. Winter, Esq.
ROBERTSON, FRICKELTON,
ROBERTSON & OBETZ
200 Madison Street
Suite 100
Jefferson City, MO  65101

**Defendants' Counsel**

Martin McMahon, Esq.
Christopher Smith, Esq.
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C.  20036

*Counsel for Saleh Abdullah Kamel*
*Al Baraka Investment & Development*
*Corporation*

Roger C. Simmons, Esq.
Matthew H. Simmons, Esq.
Victor E. Cretella, III, Esq.
GORDON & SIMMONS L.L.C.
131 West Patrick Street
P.O. Box 430
Frederick, MD  21705-0430

*Counsel for Zahir H. Kazmi*

Alan R. Kabat, Esq.
Lynee Bernabei, Esq.
BERNABEI & KATZ, PLLC
1773 T Street, N.W.
Washington, D.C.  20009-7139

*Counsel for Soliman J. Khudeira*
*Al Haramain Islamic Foundation, Inc.*

Christopher M. Curran, Esq.
Frank Panopoulous, Esq.
Nicole Erb, Esq.
WHITE & CASE LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005

*Counsel for Al Rajhi Banking & Investment Corporation*

Maher Hanania, Esq.
Kamal Nawash, Esq.
HANANIA, KHEDER & NAWASH
6066 Leesburg Pike #101
Falls Church, VA 22041

*Counsel for Abdul Rahman Al-Amoudi*
*Tarik Hamdi*
*World Assembly of Muslim Youth*
*Mohammed Hussein Al-Almoudi*

Nancy Luque, Esq.
Donna M. Scheinbach
LUQUE SHEINBACH LLP
818 Connecticut Avenue, Suite 857
Washington, D.C. 2006

*Counsel for Grove Corporate Inc.*
*SAFA Trust*
*Reston Investments, Inc.*
*York Foundation*
*Heritage Education Trust*
*MAR-JAC Investments, Inc.*
*International Institute of Islamic Thought*
*African Muslim Agency*

Michael Hadeed, Jr., Esq.
BECKER HADEED KELLOGG AND BERRY, P.C.
5501 Backlick Road, Suite 220
Springfield, VA 22151

*Counsel for Al Haramain Islamic Foundation, Inc.*
*Muslim World League Offices-NY*
*Muslim World League*
*Success Foundation, Inc.*
*Mohamed S. Omeish*

William H. Jeffries, Esq.
Christopher R. Cooper, Esq.
Sara Kropf, Esq.
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for HRH Prince Sultan bin Abdulaziz Al-Saud*

Louis R. Cohen, Esq.
Gregory S. Chernack, Esq.
WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C. 20037

David P. Donovan, Esq.
WILMER, CUTLER & PICKERING
1600 Tysons Boulevard
10th Floor
McLean, VA 22102

*Counsel for HRH Prince Mohamed al Faisal al Saud*

Mark C. Hansen, Esq.
Michael K. Kellogg, Esq.
Michael L. Guzman, Esq.
KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209

*Counsel for HRH Prince Turki Al-Faisal bin Abdulaziz Al-Saud*

Henry S. Weisburg, Esq.
Brian H. Polovoy, Esq.
SHERMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

Jonathan L. Greenblatt, Esq.
SHERMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2604

*Counsel for Saudi American Bank*

Roger E. Warin, Esq.
Christopher T. Lutz, Esq.
STEPTOE & JOHNSON L.L.P.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Mohammad Abdulla Aljomaih*

Ronald S. Liebman, Esq.
Mitchell R. Berger, Esq.
Ugo A. Colella, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037

*Counsel for National Commercial Bank*

Matthew H. Kirkland
FULBRIGHT & JAWORSKI
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Nimir Petroleum, LLC*

*Ashton, et al. v. Al Qaeda et al.*, U.S. District Court for the Southern District of New York,
1:02CV6977 (Judge Richard Casey)

**Plaintiff's Counsel**

Lee S. Kreindler, Esq.
James P. Krendler, Esq.
Marc S. Moller, Esq.
Justin T. Green, Esq,
Andrew J. Maloney, Esq.
Paul S. Edelman, Esq.
Francis G. Fleming, Esq.
David C. Cook, Esq,
Robert J. Spragg, Esq.
Noah H. Kushlefsky, Esq.
Bianca I. Rodriguez, Esq.
Steven R. Pounian, Esq.
Milton G. Sincoff, Esq.
David Beekman
KREINDLER & KREINDLER
100 Park Avenue
New York, NY  10017

BARASCH MCGARRY SALZMAN
PENSON & LIM
11 Park Place
New York, NY  10007

BAUMEISTER & SAMUELS, P.C.
One Exchange Place
New York, NY  10006

SPEISER, KRAUSE, NOLAN & GRANITO
Two Grand Central Tower
140 East 45th Street (34th Floor)
New York, NY  10017

LAW FIRM OF AARON J. BRODER &
JONATHAN C. REITER
350 Fifth Avenue, Suite 2811
New York, NY  10118

JAROSLAWICZ & JAROS, ESQS.
150 William Street
New York, NY  10038

**Defendant's Counsel**

Louis R. Cohen, Esq.
David P. Donovan, Esq.
WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C.  20037

*Counsel for HRH Prince Ohamed al Faisal al Saud*

*Tremsky, et al. v. Osama Bin Laden, et al.*, U.S. District Court for the Southern District of New York, 1:02CV7300 (Judge John Martin)

**Plaintiff's Counsel**

J. David O'Brien, Esq.
ATTORNEY AT LAW
20 Vesey Street, Suite 700
New York, NY 10007

*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, U.S. District Court for the Southern District of New York, 1:03CV5071 (Unassigned)

**Plaintiff's Counsel**

Donald J. Nolan, Esq.
NOLAN LAW GROUP
20 North Clark Street
30th Floor
Chicago, IL  60602-410

*York, et al. v. Al Qaeda Islamic Army, et al.*, **U.S. District Court for the Southern District of New York, 1:03CV5493 (Unassigned)**

### Plaintiff's Counsel

Michael F. Baumeister, Esq.
Dorthea M. Capone, Esq.
Douglas A. Latto, Esq.
BAUMEISTER & SAMUELS, P.C.
One Exchange Plaza
New York, NY 10006

*Doe v. Al Baraka Inv. and Dev. Corp., et al.*, **U.S. District Court for the District of Columbia, 1:02CV1980 (Judge James Robertson)**

## Plaintiff's Counsel

Larry Klayman, Esq.
JUDICIAL WATCH, INC.
501 School Street, S.W.
Suite 725
Washington, D.C. 20024

*Havlish, et al. v. Bin-Laden, et al.*, **U.S. District Court for the District of Columbia, 1:02CV305 (Judge James Robertson)**

**Plaintiffs' Counsel**

Thomas E. Mellon, Jr., Esq.
John A. Corr, Esq.
Stephen A. Corr, Esq.
Joseph A. Cullen, Jr., Esq.
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901

Don Howarth, Esq.
Suzelle M. Smith, Esq.
Robert D. Brain, Esq.
HOWARTH & SMITH
800 Wilshire Blvd., Suite 750
Los Angles, CA 90017

Richard D. Burbridge, Esq.
Stephen B. Mitchell, Esq.
Jefferson W. Gross, Esq.
BURBIDGE & MITCHELL
139 East South Temple, Suite 2001
Salt Lake City, UT 84111

J.D. Lee, Esq.
David C. Lee, Esq.
LEE, LEE & LEE
422 South Gay Street
Knoxville, TN 37902

Ronald L. Motley, Esq.
Jodi Westbrook Flowers, Esq.
Anne McGinness Kearse, Esq.
NESS, MOTLEY, P.A.
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Edward H. Rubenstone, Esq.
Marcel L. Groen, Esq.
GROEN, LAMM, GOLDBERG &
RUBENSTONE, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020

William N. Riley, Esq.
R. Douglas Hailey, Esq.
Mark K. Dudley, Esq.
Amy Ficklin DeBrota, Esq.
Mary Beth Ramey, Esq.
RAMEY, HAILEY & RILEY
3815 River Crossing Parkway, Suite 340
Indianapolis, IN 46240

Donald J. Winder, Esq.
John Wareen May, Esq.
WINDER & HASLAM, P.C.
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668

Jacob A. Stein, Esq.
Gerard E. Mitchell, Esq.
Robert F. Muse, Esq.
Patrick A. Malone, Esq.
STEIN, MITCHELL MEZINES
1100 Connecticut Avenue, N.W.
Washington, DC 20036

**Defendants**

The Islamic Republic of Iran
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

The Republic of Iraq
The Iraqi Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

Ayatollah Ali Hoseini-Khamenei
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

Iranian Ministry of Information and Security
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

The Islamic Revoluniary Guard Corps
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

Hezbollah
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

The Iranian Ministry of Petroleum
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

Iranian Ministry of Economic Affairs and Finance
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

Iranian Ministry of Defense and Armed Forces Logistics
The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, DC 20007

Saddam Hussein
The Iraqui Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

Iraqui Ministry of Defense
The Iraqui Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

Iraqui Ministry of Finance
The Iraqui Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

Iraqui Ministry of Oil
The Iraqui Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

Iraqui Intelligence Service
The Iraqui Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

Qusai Hussein
The Iraqui Interest Section
c/o The Algerian Embassy
1801 P Street, N.W.
Washington, DC 20036

## DISTRICT COURT CLERKS

District Clerk
United States District Court
District for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

District Clerk
United States District Court
Southern District of New York
Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312