MDL 1570

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 0 9 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

MDL-1570 -- IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

CONSENT OF TRANSFEREE COURT

The United States District Court for the Southern District of New York hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Richard C. Casey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: 12/2/03

PLEADING NO. 40

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk**
**Judicial Panel on Multidistrict Litigation**
**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, NE**
**Room G-255, North Lobby**
**Washington, D.C. 20002-8004**

RECEIVED CLERK'S OFFICE
2003 DEC -9 A 11: 14
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

OFFICIAL FILE COPY    IMAGED DEC 10 '03