MDL 1570

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

JAN 27 2004

FILED
CLERK'S OFFICE

DIANE KEATING in her own right and as )
Administratrix of the Estate of Ryan Fitzgerald)
                     )

              Plaintiffs,  )

                     )   Case No.: CV 03 3859 (NG)

    -against-          )

                     )

AL BARAKA INVESTMENT AND   )
DEVELOPMENT CORPORATION, *et al.*,  )

                     )

           Defendants.  )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), the Plaintiffs voluntarily dismiss the

complaint herein without prejudice; none of the defendants has answered or filed any

motion or responsive pleading.

Dated:  December 2, 2003

Respectfully submitted,

ACKERMAN, LEVINE, CULLEN
& BRICKMAN, LLP

BY: _____
    Thomas G. Sherwood (TGS5323)
Attorneys for Plaintiffs
175 Great Neck Road
Great Neck, New York 11021
(516) 829-6900

*So ordered.*

12-4-03

157642

MDL- 1570

RECOMMENDED ACTION

VACATE CTO-1 -- 1 ACTION
Approved/Date: MB 1/23/04

**OFFICIAL FILE COPY**

**IMAGED JAN 27 '04**