UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 06, 2009

FILED
CLERK'S OFFICE

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001
   John Doe, etc. v. Sheikh Usama Bin-Muhummad Bin-Laden, et al.,)
      D. District of Columbia, C.A. No. 1:01-2516     )   MDL No. 1570

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On December 9, 2003, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 295 F.Supp.2d 1377 (J.P.M.L. 2003).  Since that time, one additional action has been transferred to the Southern District of New York.  With the consent of that court, all such actions have been assigned to the Honorable George B. Daniels.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Daniels.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 9, 2003, and, with the consent of that court, assigned to the Honorable George B. Daniels.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel